gambling operations. The only effective means of abating a nuisance of the character of the one shown by the evidence found in this record and to silence this bookie joint is by the strong and far reaching use of the equitable powers of the trial court.

The decree of the city court of the City of Sterling was in accordance with well-settled principles of equity and is supported by the evidence and should be and is affirmed.

*Decree affirmed.*

Adsign Corporation, Appellee, v. John Koletis and Oscar Komdat, Co-Partners, Trading as Koletis and Komdat, Appellants.

Gen. No. 10,223.

opinion filed July 28, 1948; rehearing denied March 25, 1949; released for publication March 26, 1949. Sidney S. Deutsch, for appellants; Frederick Houlton Lauder, for appellee. Opinion by JUSTICE BRISTOW. **Not to be published in full.**